## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERESA BRAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OTTAWA REGIONAL HOSPITAL AND | ) | |
| HEALTHCARE CENTER d/b/a OSF SAINT | ) | Case No. 1:16-cv-11591 |
| ELIZABETH MEDICAL CENTER; OSF | ) | |
| MULTI-SPECIALTY GROUP and OSF | ) | |
| HEALTHCARE SYSTEM, | ) | |
| | ) | Judge: Manish S. Shah |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, TERESA BRAND, and Defendants, OTTAWA REGIONAL HOSPITAL AND HEALTHCARE CENTER d/b/a OSF SAINT ELIZABETH MEDICAL CENTER, OSF MULTI-SPECIALTY GROUP and OSF HEALTHCARE SYSTEM (collectively, "the Parties"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiff wishes to dismiss the above-entitled action in its entirety as to all Defendants with prejudice. The parties stipulate and agree that all parties shall bear their own costs, expenses and attorneys' fees.

STIPULATED AND AGREED TO BY:

By: /s/ Tom H. Luetkemeyer
　　One of Their Attorneys

Tom H. Luetkemeyer, 6183248
Susan M. Kusper, 6308533
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
tluetkemeyer@hinshawlaw.com
skusper@hinshawlaw.com

*One of the Attorneys for Defendants*

By: /s/ Andrew Rozynski
　　One of Her Attorneys

Andrew Rozynski
Eisenberg & Baum, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
Telephone: 212-353-8700
arozynski@EandBlaw.com

*One of the Attorneys for Plaintiff*

131454330v1 0952105

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **March 26, 2018,** I electronically filed the forgoing **Stipulation of Voluntary Dismissal** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service upon all parties of record.

/s/<u>Andrew Rozynski</u>

2